UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ALLEN REED,

                    Plaintiff,

          v.

ANTONIO EDWARDS,

                    Defendant.

Case No. C26-1136-JCC

REPORT AND RECOMMENDATION

Plaintiff filed an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a)(1).  *See* Dkt. 1.  In his motion, Plaintiff indicates he receives $5,200.00 in disability, unemployment, workers compensation, or public assistance funds per month in addition to his spouse's $4,200.00 salary, totaling $9,400.00 in net monthly income and $112,800.00 annually.  *See id.* at 1.  While Plaintiff reports living expenses that come close to or exceed that income, those expenses include substantial car, credit card, and loan payments as well as discretionary spending on streaming services.  *See id.* at 2.

Because it appears Plaintiff has sufficient financial resources to pay the Court's filing fee, the Court recommends the motion to proceed IFP, Dkt. 1, be DENIED.[1]  This action

---

[1] In the event the assigned District Judge determines Plaintiff *is* eligible to proceed IFP under these facts, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

REPORT AND RECOMMENDATION - 1

should proceed only if Plaintiff pays the $405.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 22, 2026**.

Dated this 7th day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2